■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY E. BROOKS, Appellant. [842 NYS2d 353]—Motion for writ of

error coram nobis denied. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.